HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
HARRY SIMON, State Bar No. 133112
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-6666; FAX (916) 498-6656

Attorneys for Defendant
KATHERINE DECKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-CR-0009-KJM-1 |
| Plaintiff, | STIPULATION FOR BRIEFING SCHEDULE; ORDER |
| v. | |
| KATHERINE DECKER, | |
| Defendant. | |

On October 22, 2021, the court issued a minute order concluding that the appointment of counsel in this case is appropriate with the understanding that the defendant has or will complete a financial affidavit and qualifies for the appointment of counsel. *See* ECF No. 58. That order further directed the Office of the Federal Defender to identify an Assistant Federal Defender or a CJA Attorney for appointment to represent the defendant on the claims raised in her Motion for Compassionate Release. *See* ECF No. 57.

Counsel for petitioner and respondent have conferred regarding a schedule for further briefing of the Motion for Compassionate Release and stipulate as follows:

Counsel for defendant Katherine Decker shall file a Supplemental Brief in Support of Motion for Compassionate Release on or before January 7, 2022. Counsel for the Government

shall file a Brief in Response to the Motion on or before February 7, 2022. Counsel for defendant shall file a Reply Brief on or before February 21, 2022.

                Respectfully submitted,

                HEATHER E. WILLIAMS
                Federal Defender

Dated: October 25, 2021         */s/ Harry Simon*
                HARRY SIMON
                Assistant Federal Defender

                Attorneys for Defendant
                KATHERINE DECKER

                PHILLIP A. TALBERT
                Acting United States Attorney

Dated: October 25, 2021         /s/ Michelle Rodriguez
                MICHELLE RODRIGUEZ
                Assistant United States Attorney

ORDER

    The court adopts the following stipulated briefing schedule: Supplemental brief in support of defendant's motion for compassionate release to be filed on or before January 7, 2022. Response by the government to be filed on or before February 7, 2021. Any reply by defendant shall be filed on or before February 21, 2022. This order resolves ECF No. 60.

    IT IS SO ORDERED.

DATED:   October 28, 2021.

                                  CHIEF UNITED STATES DISTRICT JUDGE