1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| United States of America, | Case No. 2:20-CR-00009-KJM |
|---|---|
| Plaintiff, | **ORDER SEALING DOCUMENTS** |
| v. | |
| Katherine Decker, | |
| Defendant. | |

    Pursuant to Local Rules 140 and 141, defendant Katherine Decker requests an Order sealing exhibits C and D, updated medical records, submitted in support of her motion for compassionate release.

    Defendant's Request is based on HIPPA (42 U.S.C. § 1320d–5(a)(1)) and various cases finding a compelling need to protect medical privacy: "HIPAA's stated purpose of protecting a patient's right to the confidentiality of his or her individual medical information is a compelling federal interest. California similarly recognizes a person's interest in protecting private medical information." *Crenshaw v. MONY Life Ins. Co.*, 318 F. Supp. 2d 1015, 1028 (S.D. Cal. 2004) (citation omitted).

    Defendant's Request is **granted**.

1    IT IS SO ORDERED.

2    This Order resolves ECF No. 64.

3  DATED: January 26, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE